**Order entered June 28, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00129-CR

**BRANDON KYRELL JEFFERY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 59th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 068488**

## ORDER
Before Justices Brown, Schenck, and Pedersen, III

Before the Court is appellant's May 22, 2019 motion for rehearing. We **DENY** the motion for rehearing.

/s/     ADA BROWN
        JUSTICE